FILED
SCRANTON
MAY 29 2018

PER ___1___
         DEPUTY CLERK

5/23/2018

U.S District Court,
  RE: RADICK v Potter et al
CASE # 3:16-CV-00850-ARC-PT

I wrote several weeks ago requesting the <u>STATUS</u> of this case. I am requesting an answer to WHY this case has not been decided in just several days short of twenty-four months... Two full years??

As well I have written multiple times asking for this information and I have never once been answered.

Finally, Along with the answer to my questions I am Also requesting an updated copy of the Docket Sheet for this case.

Please answer my questions, what is the Status of this case??
  When will this case be decided??

Thank you,
[signature]

Luke Thomas Radick
14999-067
USP Coleman 2
PO Box 1034
Coleman, FL 33521-1034

(CC: A. Richard Caputo)

◇14999-067◇

Luke Thomas Radick
14999-067
United States Penitentiary Coleman 2
PO Box 1034
Coleman, FL 33521
United States

TAMPA FL 335
SAINT PETERSBURG FL
25 MAY 2018 PM 6 L

Clerk
for the
United States District Court
for the
Middle District Of Pennsylvania

PO Box 1148
Scranton, PA 18501

18501-114848

RECEIVED
SCRANTON
MAY 2 9 2018
PER _____
DEP'T CLERK